UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 13-91 (SRN/LIB)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL JOSEPH CROSBY, )<br>)<br>Defendant. ) | ORDER |

Based on defendant's motion for an extension in the deadlines for sentencing submissions in this case, and for good cause shown, IT IS ORDERED that:

Defendant's motion is GRANTED. Any objections by the parties to the Pre-Sentence Investigation Report shall be submitted to the Probation Office on or before August 22, 2013.

Dated: August 13, 2013

s/Susan Richard Nelson
Hon. Susan Richard Nelson
United States District Judge